UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: Rayshion Sashington

SSN#: XXX-XX-1668

DEBTOR

Case No: 1931767
Petition File Date: December 31, 2019
Original 341(a) Date: February 06, 2020
Continued 341(a) Date: March 05, 2020

Mortgage in Plan

### PROCEEDINGS MEMO - SECTION 341(A) MEETING OF CREDITORS

Debtor                                                                 Joint Debtor (None)
Yes [✓]* No [ ]  Sworn/Affirmed and Examined
Yes [✓]* No [ ]  Personal Identity Confirmed
Yes [✓]* No [ ]  SSAN Confirmed
Yes [✓]* No [ ]  Debtor Certification Signed
Yes [✓]* No [ ]  521(e)(2)(A)(i) Tax Return/Transcript
( ____Not Required to File ____Extension Granted)

Debtor Attorney  DAVID W HANDS                    Present? Yes [✓] No [ ]

Creditors Present? None [✓] _____

Address Change     Yes [ ] No [ ] _____

Employment Change  Yes [ ] No [ ] _____
Cabarrus County*
Lis Pendens  Yes [✓] No [ ]    DSO Notice  Yes [ ] No [✓]*   ACP  Above [ ] Below [✓]*

Plan Terms  $ 6,585.00  per month for  60 months  Lump Sum Payment _____

[ ] If applicable, debtor consents to plan modification(s).

[✓] Trustee Recommends Confirmation

   [ ] Subject to receipt of first money by _____.

   [ ] Subject to _____

[ ] Trustee does not recommend Confirmation and will file:

   [ ] Objection to Confirmation/Motion to Dismiss _____
   ____Feasibility; ____Good Faith; ____Priority; ____Secured; ____Disposable Income; ____Best Int. of Creditors
   ____1325(a)(9) Taxes

   [ ] Motion to Dismiss/Convert Case _____
   ____Failure to Proceed; ____First Money; ____Failure to Appear; ____Tax Returns 1308; ____521(e)(2)(A)(i); ____Good Faith

[ ] Creditors' Meeting Continued to _____

   [ ] Yes  [ ] No  Debtor's Attendance Required at Continued Meeting
   [ ] Subject to receipt of first money by _____.

Remarks/Comments  *At prior 341a meeting.  #26 KNE. 1325(b)(1)(B).

_____
Presiding Officer