# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### (CHARLOTTE DIVISION)

_____

In re:

**RAYSHION SASHINGTON,**                              Case No. 19-31767
Debtor.                                              Chapter 13

_____

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
_____

**PLEASE TAKE NOTICE** that **TRUIST BANK** ("Truist") hereby requests as provided in 11 U.S.C. §§101(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and sent to the following:

> Brian D. Darer, Esq.
> Parker Poe Adams & Bernstein LLP
> 301 Fayetteville Street, Suite 1400
> Raleigh, North Carolina 27601
> Telephone: (919) 828-0564

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, telecopy, or otherwise in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance or Request for Service nor any subsequent appearance, pleading, claim or suit, is intended to waive and should not be construed as a waiver of Truist's (i) right to have final orders in noncore matters entered only after *de novo* review or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which Truist is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs or recoupments Truist expressly reserves. Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court including, without limitation, the United States Bankruptcy Court for the Western District of North Carolina, all of which rights are reserved without prejudice.

This the 19th day of November, 2021.

> /s/ Brian D. Darer, Esq.
> Brian D. Darer, Esq. (NC Bar No. 25383)
> Parker Poe Adams & Bernstein LLP
> 301 Fayetteville Street, Suite 1400
> Raleigh, North Carolina 27602
> Telephone: (919) 828-0564
> briandarer@parkerpoe.com
> *Attorneys for Truist Bank*

PPAB 6605783v1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** using the CM/ECF system which will send electronic notification of such filing to the following:

| | |
|---|---|
| David William Hands<br>Hands Law Office, PLLC<br>3558 N. Davidson Street<br>Charlotte, NC 28205 | Jenny P. Holman<br>Office of the Chapter 13 Trustee<br>5970 Fairview Rd<br>Suite 650<br>Charlotte, NC 28210 |
| U.S. Bankruptcy Administrator Office<br>402 West Trade Street, Suite 200<br>Charlotte, North Carolina 28202-1669 | |

This the 19th day of November, 2021.

/s/ Brian D. Darer, Esq.
Brian D. Darer, Esq. (NC Bar No. 25383)
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27602
Telephone: (919) 828-0564
briandarer@parkerpoe.com
*Attorneys for Truist Bank*