**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                                     CASE NO: 19-31767

    Rayshion Sashington

                                                                                                 Chapter 13

SSN# : XXX-XX-1668      DEBTOR

**MOTION OF TRUSTEE TO DISMISS CASE**
**OR TO MODIFY PLAN**

    The undersigned Trustee in the above-referenced Chapter 13 case hereby moves the Court to dismiss the case, or to modify the plan in such a manner as the Court deems necessary and appropriate, for the following reason(s):

    **1. Plan payments are currently in default.**

    **2. Plan term may exceed the maximum term as provided for by applicable law.**

    A Preliminary Hearing will be held on this motion as shown on the attached Notice, at which the Trustee will recommend to the Court to grant a variety of relief options in this case, including but not limited to dismissing the case, extending or reducing the term of the plan, reducing or increasing the plan payment, reducing the percentage paid to unsecured creditors, granting a moratorium on missed payments, granting a hardship discharge, modifying the plan to the payments made so far, allowing for a fee to the debtor's attorney for representation at the hearing, or granting any other such relief which the Court determines to be necessary and appropriate.

Dated: April 04, 2023                                                                        JENNY P. HOLMAN
                                                                                                   Standing Chapter 13 Trustee
                                                                                                   5970 Fairview Road, Suite 650
                                                                                                   Charlotte, NC  28210-2100

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:   CASE NO: 19-31767

Rayshion Sashington

Chapter 13

SSN# : XXX-XX-1668   DEBTOR

**NOTICE OF MOTION OF TRUSTEE TO DISMISS CASE OR TO MODIFY PLAN**

The Chapter 13 Trustee has filed papers in the bankruptcy case for the DEBTOR named above to dismiss the case or to modify the plan.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested by the Trustee in the motion, or if you want the Court to consider your views on this motion, then you or your attorney must file with the Court a written response to the motion by April 27, 2023 at the following address:

CLERK, U.S. BANKRUPTCY COURT
401 W TRADE ST.
CHARLOTTE, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

A Preliminary Hearing will be held on the Trustee's motion on **May 10, 2023 at 9:45 am** at the following address:

OFFICE OF THE CHAPTER 13 TRUSTEE
5970 FAIRVIEW ROAD
SUITE 650
CHARLOTTE, NC  28210-2100

**If you oppose the relief sought in the Trustee's motion, you must attend the Preliminary Hearing.** Failure to attend the Preliminary Hearing and to otherwise respond to the motion may result in the Court granting the relief sought. If a response is made and the motion is not resolved by consent at the Preliminary Hearing, a hearing before the Court will be scheduled.

Dated:  April 04, 2023

JENNY P. HOLMAN
Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                                                   CASE NO: 19-31767

Rayshion Sashington

Chapter 13

SSN# : XXX-XX-1668      DEBTOR

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the attached document that was filed with the Clerk of Court on April 06, 2023 via the CM/ECF filing system. Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: April 06, 2023

L. Long
Office of the Chapter 13 Trustee

ALLY BANK, PAYMENT PROCESSING CENTER, PO BOX 78367, PHOENIX, AZ 85062-8367
ALLY BANK, PO BOX 130424, ROSEVILLE, MN 55113
AMERICAN EXPRESS NATIONAL BANK, Becket and Lee LLP, PO BOX 3001, Malvern, PA 19355-0701
ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 809142, CHICAGO, IL 60680
ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON, WI 53708
BANK OF AMERICA NA, PO BOX 15102, WILMINGTON, DE 19886
BANK OF AMERICA NA, PO BOX 982284, EL PASO, TX 79998-2238
CABARRUS COUNTY TAX COLLECTOR, PO BOX 707, CONCORD, NC 28026-0707
CANNON CROSSING HOA OF CABARRUS, THE MCINTOSH LAW FIRM PC, PO BOX 2270, DAVIDSON, NC 28063
CAPITAL ONE BANK (USA) NA, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118
CAPITAL ONE BANK USA NA, BY AMERICAN INFOSOURCE LP, PO BOX 71083, CHARLOTTE, NC 28272
DAVID W HANDS (served electronically)
DENY LAW FIRM, 11020 David Taylor Drive, Charlotte, NC 28269
DIRECTV LLC, BY AMERICAN INFOSOURCE LP AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118
DIRECTV, LLC BY AMERICAN INFOSOURCE AS AGENT, PO BOX 5072, Carol Stream, IL 60197-5072
DISCOVER BANK, DISCOVER PRODUCTS INC, PO BOX 3025, NEW ALBANY, OH 43054
FIRST CITIZENS BANK, PO BOX 25187, RALEIGH, NC 27611
HSBC BANK USA, NA, Attn: Business Services, 2929 Walden Avenue C17, Depew, NY 14043
HUTCHENS LAW FIRM, BANKRUPTCY DEPARTMENT, PO BOX 2505, FAYETTEVILLE, NC 28302
INTERNAL REVENUE SERVICE, PO BOX 7317, INSOLVENCY REMITTANCE, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
LENDINGCLUB CORPORATION, ATTN BANKRUPTCY, 595 MARKET STREET SUITE 200, San Francisco, CA 94105
LENDINGCLUB CORPORATION, PO BOX 39000, Dept #34268, San Francisco, CA 94139
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
PARKER POE ADAMS & BERNSTEIN, LLP, 301 Fayetteville Street, Suite 1400, Raleigh, NC 27602
QUICKEN LOANS LLC, ATTENTION BANKRUPTCY TEAM, 635 WOODWARD AVE, DETROIT, MI 48226
Rayshion Sashington, 9802 Shearwater Avenue NW, Concord, NC 28027
SUNTRUST, PO BOX 79079, BALTIMORE, MD 21279
SWIFT FINANCIAL, 3505 Silverside Road, Suite 201, Wilmington, DE 19810
SWIFT FINANCIAL, LLC, as servicing agent for Webbank, 625 Ridge Pike, Building E, Suite 207, Conshohocken, PA 19428
VW CREDIT LEASING LTD, NATIONAL BANKRUPTCY SERVICES, PO BOX 734400, DALLAS, TX 75373-4400
VW CREDIT LEASING LTD, PO BOX 9013, ADDISON, TX 75001
WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES, IA 50328
WELLS FARGO BANK NA, MAC 4101 08C, PO BOX 29482, PHOENIX, AZ 85038-8650
WELLS FARGO BANK NA, PAYMENT REMITTANCE CENTER, PO BOX 51174, LOS ANGELES, CA 90051
WELLS FARGO BANK NA, WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION, PO BOX 29482, MAC S4101-08C, PHOEN AZ 85038
WELLS FARGO BANK NA, WELLS FARGO CARD SERVICES, MAC F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438
WELLS FARGO BANK NA, WELLS FARGO CARD SERVICES, PO BOX 9210, DES MOINES, IA 50306
WELLS FARGO, PO BOX 51174, Los Angeles, CA 90051

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

IN RE:      CASE NO: 19-31767

Rayshion Sashington

Chapter 13

SSN# : XXX-XX-1668     DEBTOR

Total Served: 40