UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:

RAYSHION SASHINGTON    )    Case No.: 19-31767
                       )    Chapter 13 Proceeding
Debtor.                )
_____    )

## DEBTOR'S APPLICATION FOR A HARDSHIP DISCHARGE

Debtor, Rayshion Sashington, hereby applies for a hardship discharge pursuant to 11 U.S.C. 1328(b).  In support of this application, Debtor shows the following:

1. Debtor filed a voluntary Chapter 13 proceeding on December 31, 2019.
2. Debtor's Chapter 13 plan was confirmed on April 6, 2020.
3. Debtor's confirmed plan provided that Debtor shall pay *12%* to all unsecured creditors.
4. Since starting his plan, Debtor has substantially complied with his monthly payments to the Trustee provided by the plan.
5. However, over the last several months, Debtor and his non-filing spouse have suffered financial hardships due to a decline in Debtor's income and the health complications of his spouse.
6. When the bankruptcy began, Debtor owned and operated a tax business that had three locations in and around Charlotte. The following has impacted Debtor's income:

   a. During the pandemic (end of 2020 & 2021), Debtor was forced to close 2 of his locations due to financial constraints and a shortage of workers.
   b. His plan was to eventually reopen them but due to financial constraints and his current bankruptcy he was unable to.
   c. Debtor only has one location which has resulted in a significant reduction in income and leaves him struggling to make his current bankruptcy payments and provide for his family.

7. Debtor's spouse has had long term complications with Lupus, Kidney Disease and Pulmonary Issues. These complications have been very costly with treatments and the most recent two-week hospitalization at Duke University Hospital in late 2022.
8. The above issues were the main reasons why Debtor (and his spouse) made the decision to sell their home.

9.      On October 25, 2023, Debtor received an Order allowing him to sell his home. The sale is anticipated to net over $290,000 of which approximately $115,000 will be paid to the Chapter 13 Trustee to be paid in Debtor's plan.

10.     The Chapter 13 Trustee anticipates a *23%* payout to all unsecured creditors after applying the funds from the sale.

11.     After completing the sale, Debtor and his spouse will be using their exempt funds to pay medical bills and to find a new home more suitable for the spouse's health condition.  More particularly, a home with a bedroom on the first level because it's getting harder for her to climb stairs.

12.     In all, Debtor is seeking an early discharge because he does not believe he can continue making his monthly payments due to the above factors.  Debtor will file an updated budget to support this assertion.

13.     Debtor believes that his failure to complete his plan is due to circumstances beyond his control.

14.     With the sale of his primary residence, unsecured creditors will be receiving more than they would have received if the estate of Debtor had been liquidated under Chapter 7.

15.     No modification of the plan is practicable because Debtor has exhausted all excess income and is planning to use the proceeds from the sale of his home towards medical bills and the acquisition of a new more suitable home.

16.     Debtor is not required to pay any Domestic Support Obligations.

17.     Debtor is not disqualified from receiving a discharge by the provisions of 11 U.S.C. §1328(h).

18.     The provisions of 11 U.S.C. §522(q)(1) are not applicable to Debtor.

19.     There is no pending proceeding in which Debtor may be found guilty of a felony of the kind described in Section 522(q)(1)(A) or liable for a debt of the kind described in Section 522(q)(1)(B).

**WHEREFORE**, Debtor respectfully requests the entry of an Order:

1.   Granting Debtor a hardship discharge pursuant to 11 U.S.C. 1328(b).

2.   Allowing attorney David W. Hands, a non-base fee of $450.00 and expenses of $25.00 in connection with this motion, and

3.   for such other and further relief as the Court deems just and proper.

This is the 27th day of October, 2023.

s/David W. Hands
David W. Hands
Attorney for the Debtor
N.C. State Bar No. 28560
3558 N. Davidson Street
Charlotte, North Carolina 28205
Telephone: (704) 248-7976
Fax: (704) 248-2866
dhands@handslawonline.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of Debtor's Application a Hardship Discharge by either Electronic Case Filing as indicated below or by depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed, addressed to the parties listed herein below and on the attached list of creditors.

Bankruptcy Administrator                    Via Electronic Case Filing

Jenny P. Holman                             Via Electronic Case Filing
Chapter 13 Trustee


Respectfully submitted this the 27th day of October, 2023.


s/David W. Hands
David W. Hands
Attorney for the Debtor
N.C. State Bar No. 28560
3558 N. Davidson Street
Charlotte, North Carolina 28205
Telephone: (704) 248-7976
Fax: (704) 248-2866
dhands@handslawonline.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:                                          )
                                                )
RAYSHION SASHINGTON                             )        Case No.: 19-31767
                                                )        Chapter 13 Proceeding
        Debtor.                                 )
_____         )

**NOTICE OF HEARING**

        **TAKE NOTICE** that Debtor has filed an Application for a Hardship Discharge.  A

copy of Debtor's Motion accompanies this notice.

        **TAKE FURTHER NOTICE** that a hearing on Debtor's Motion has been

scheduled for November 21, 2023, at 10:00 a.m., or as soon thereafter as the matter may

be heard at the United States Bankruptcy Court, US Court House- Judge Beyer -LTB

Courtroom 2A, 401 W. Trade Street, Charlotte NC 28202.


        This the 27th day of October, 2023.


                                        s/David W. Hands
                                        David W. Hands
                                        Attorney for the Debtor
                                        N.C. State Bar No. 28560
                                        3558 N. Davidson Street
                                        Charlotte, North Carolina 28205
                                        Telephone: (704) 248-7976
                                        Fax: (704) 248-2866
                                        dhands@handslawonline.com