**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

Rayshion Sashington

SSN#: XXX-XX-1668

CASE NO: 19-31767

Chapter 13

Related Court Docket #:  37

### RESPONSE OF TRUSTEE TO DEBTOR'S MOTION FOR HARDSHIP DISCHARGE

The undersigned Chapter 13 Trustee responds to the Debtor's Motion and states that at confirmation the debtor's case was assessed with non-exempt equity in the amount of $26,000.00, plus the equity created upon the sale of real property owned jointly with the debtor's non-filing spouse.  The Trustee finds that upon the debtor receiving his exempt proceeds upon the sale, the debtor's portion of the sale proceeds will exceed the available exemption.   The order entered on October 25, 2023 provides that after the debtor receives his exemption, any remaining portion of the debtor's sale proceeds be turned over to the trustee and will satisfy any non-exempt equity the debtor has.   Additionally, the Trustee anticipates a dividend of at least 20% to the filed unsecured claimants.

Lastly, the Trustee requests that that the Debtor file an amended Schedule I & J in support of his position that further modification of the plan is not practicable.

Wherefore, the Trustee respectfully requests that the Court set a hearing on this matter and that it grant such other and further relief as it deems appropriate and just.

Dated: 11/14/2023

JENNY P. HOLMAN
Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100
(704) 372-9650

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

Rayshion Sashington

SSN#: XXX-XX-1668

CASE NO: 19-31767

Chapter 13

Related Court Docket #: 37

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 11/14/2023.

L. Wilkins-Austin
Office of the Chapter 13 Trustee

Rayshion Sashington, 9802 Shearwater Avenue NW, Concord, NC  28027

Page 1 of 1