**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In re:  
Rayshion Sashington

SS#: XXX-XX-1668

Case No. 19-31767

Chapter 13

Related Docket #: 52

**NOTICE OF CONTINUED HEARING**

ON November 20, 2024, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

**IT IS, THEREFORE, NOTICED** that:

Hearing is continued to **December 11, 2024** at the following address:

Office of the Chapter 13 Trustee  
3800 Arco Corporate Drive  
Suite 510  
Charlotte, NC 28273

JENNY P. HOLMAN  
Standing Chapter 13 Trustee  
3800 Arco Corporate Dr, Suite 510  
Charlotte, NC  28273

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In re:                                                                                                  Case No. 19-31767
Rayshion Sashington
                                                                                                        Chapter 13
SS#: XXX-XX-1668

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the attached document that was filed with the Clerk of Court on 11/20/2024 via the CM/ECF filing system. Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: November 20, 2024                                          S. Sloan_____
                                                                                                        Office of the Chapter 13 Trustee

DAVID W HANDS (served electronically)
Rayshion Sashington, 10018 Tuckers Walk Court NW, Huntersville, NC  28078